### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAREN CLEMENTS,            )<br>    Plaintiff,            )<br>                        )<br>v.            )<br>                        )<br>MICHAEL J. ASTRUE,            )<br>Commissioner,            )<br>Social Security Administration,            )<br>    Defendant.            ) | Case No. 06-CV-670-FHM |

### **ORDER**

Before the Court is the parties' Agreed Motion To Reverse and Remand to the Commissioner for further administrative proceedings before an Administrative Law Judge (ALJ) (Exhibit# 27). On remand, the Commissioner will issue a partially favorable decision finding Plaintiff disabled beginning May 1, 2006, in accordance with Medical-Vocational Rule 201.10. For the period beginning November 28, 2002 through April 30, 2006, the Appeals Council will remand Plaintiff's case to an ALJ to further develop the record, hold another hearing and issue a new decision. In the new decision, the ALJ should:

1. Give further consideration to the treating, examining, and non-examining source opinions pursuant to the provisions of 20 C.F.R. § 404.1527, Social Security Rulings 96-2p, 96-5p, and 96-6p.

2. The ALJ should further evaluate Plaintiff's subjective complaints and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms: 20 C.F.R. § 404.1529 and Social Security Ruling 96-7p.

3. The ALJ will also obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the Plaintiff's occupational base.

Upon examination of the merits of this case, it is hereby ORDERED that this Motion be granted

and this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence 4 of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

THUS DONE AND SIGNED on this 14th day of May, 2008.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE